IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Leroy Hopkins, <br><br> Plaintiff, <br><br> vs. <br><br> Synchrony Financial, <br><br> Defendant | C/A No. 3:17-cv-00784-TLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNCHRONY FINANCIAL

Plaintiff Leroy Hopkins hereby dismisses his claims against Defendant Synchrony Financial with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Leroy Hopkins against Defendant Synchrony Financial are dismissed with prejudice with each party to bear its own fees and expenses.

WE SO STIPULATE:

| | |
|---|---|
| s/ Dave Maxfield_____ | s/John Robert Devlin, Jr.___ |
| Dave Maxfield, Fed. ID 6293 | John Robert Devlin, Jr., Fed. ID 512 |
| Dave Maxfield, Attorney, LLC | Devlin and Parkinson |
| 5217 N. Trenholm Rd., Ste. B | PO Box 10387 |
| Columbia, SC 29206 | Greenville, SC 29603-0387 |
| (803) 509-6800 | (864) 242-4050 |
| (855) 299-1656 fax | (864) 242-4277 |
| dave@consumerlawsc.com | John.devlin@devlinparkinson.com |
| *Attorney for Plaintiff* | *Attorney for Synchrony Financial* |

DATED: December 19, 2017
Columbia, South Carolina